UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** 3/10/16 | **Time:** 1 hour 14 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 3:15-cv-04112-WHA  Other Case Numbers | **Case Name:** In re Malibu Media Copyright Infringement Litigation | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** Debra Pas | |

**Attorney for Plaintiff:** Brenna Erlbaum; Brian Heit

**Attorney for Defendant:** Curtis Edmondson; Nicholas Ranallo; Robert Matz

PROCEEDINGS

Motion to Dismiss and for More Definite Statement - Taken Under Submission
Motion to Quash - Withdrawn
CMC - HELD

**PRETRIAL SCHEDULE:**

Complete Initial Disclosures**: 3/21/16**
Last Day to Seek Leave to Add/Amend: **5/13/16**
Discovery cutoff:  **12/16/16**
Last Day to File Dispositive Motions**:  1/26/17**
Pretrial Conference**: March 15, 2017 at 2:00 pm**
Trial**: March 20, 2017 a**t **7:30 am**

Trial schedule set only in cases: 15-4152, 15-4154, 15-4170, 15-4173, 15-4175, 15-4176, 15-4243, 15-4289, 15-4291, 15-4441, and 15-4443.  Motion to Dismiss in C15-4291 and C15-4441 are taken under submission.  Defendant's motions to quash in C15-4291 and C15-4170 are withdrawn.  Protective order will apply.  Plaintiff voluntarily dismissed 15-4112, 15-4195, 15-4287.  Judge Kim attended the hearing today.

REFERRALS: Trial cases are referred to Judge Sallie Kim for mediation.

CONTINUED TO: **5/19/16 at 11:00 am** for Further CMC (beginning at C15-5383 and above)