Brian Heit (SBN: 302474)
Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
6320 Canoga Avenue
15th Floor
Woodland Hills, CA 913657
[phone]: (805) 231.9798
Brian.heit@HElaw.attorney
Brenna.Erlbaum@HElaw.attorney
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 3:15-cv-05391-WHA |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS OF COUNSEL** |
| vs. | |
| JOHN DOE subscriber assigned IP address 50.184.212.193, | |
| Defendant. | |

PLEASE TAKE NOTICE that the firm Heit Erlbaum, LLP has changed its address from 501-I South Reino, Rd #344, Newbury Park, CA 91320 to:

**6320 Canoga Avenue**

**15th Floor**

**Woodland Hills, CA 913657**

PLEASE TAKE FURTHER NOTICE THAT the telephone and facsimile numbers, as well as the e-mail addresses, will remain the same.  Please update your records accordingly.

1

Notice of Change of Address of Counsel
Case No. 3:15-cv-05391-WHA

Respectfully submitted,

HEIT ERLBAUM, LLP

By: /s/ Brian Heit
BRIAN HEIT, ESQ

Attorney for Malibu Media, LLC
E-mail: Brian.heit@HElaw.attorney

Notice of Change of Address of Counsel
Case No. 3:15-cv-05391-WHA