Brenna E. Erlbaum (SBN: 296390)
Brian Heit (SBN: 302474)
**HEIT ERLBAUM, LLP**
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Brian.heit@HElaw.attorney
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 50.184.212.193, <br><br> Defendant. | Case Number: 3:15-cv-05391-WHA <br><br> **NOTICE OF IDENTITY OF DEFENDANT JOHN DOE** |

On January 26, 2016, Plaintiff was granted leave to serve a third party subpoena on Defendant's Internet Service Provider ("ISP") to obtain the Defendant's true identity [CM/ECF 9]. Plaintiff issued the subpoena on or about January 27, 2016. Pursuant to this Court's Order dated February 23, 2016, Plaintiff is required to inform the Court of the date on which it received the Defendant's identifying information from Defendant's ISP and to effectuate service within thirty-five days from the date it received the Defendant's identifying information [CM/ECF 11]. Plaintiff provides notice that it received the ISP's response on March 14, 2016, resulting in the deadline to effectuate service, in this case, to expire on April 18, 2016.

Dated: March 18, 2016          Respectfully submitted,

                                */s/ Brian Heit*
                                Brian Heit, Esq.
                                Attorney for Plaintiff