| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

( ) ACTION          ( ) APPEAL

| DOCKET NO:<br>15-cv-05391-WHA | DATE FILED:<br><< Enter date filed here >> | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|---|
| PLAINTIFF:<br>Malibu Media, LLC | | DEFENDANT:<br>JOHN DOE subscriber assigned IP address 50.184.212 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED          INCLUDED BY:
                      ( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

CASE DISMISSED 3/30/2016

_Susan Y. Soong, Clerk_          _(by) Deputy Clerk, D Merry_          Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy